UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA MARIE CATER,
       Plaintiff,

  -against-              17 **CIVIL** 9032 (RWS)

## JUDGMENT

THE STATE OF NEW YORK, THE EMPIRE
STATE DEVELOPMENT CORPORATION,
GOVERNOR ANDREW CUOMO (In His
Individual capacity), and WILLIAM BALLARD
HOYT a/k/a SAMUEL B. HOYT, III (In His
Individual Capacity),
       Defendants.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinions dated January 30 and February 4, 2019, Defendants' motion to dismiss the Plaintiff's claims is granted with prejudice because amending the complaint again would be futile in light of the enforceable Settlement Agreement that bare Plaintiff's claims; because the Amended Complaint fails to allege cognizable causes of action against ESD, as set forth in the Court's Opinion dated February 4, 2019, Plaintiff's First, Fifth, Sixth, Seventh, and Eight Causes of Action against ESD are dismissed, with prejudice.

**Dated:** New York, New York
    February 6, 2019

                    RUBY J. KRAJICK
                     Clerk of Court
             BY:
                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/6/2019